# ATTACHMENT B

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JORGE SANCHEZ | : CIVIL CASE NO. 3:20-CV-01229(OAW) |
| V. | : |
| KENNETH BUTRICKS, ET AL. | : FEBRUARY 22, 2022 |

## DECLARATION OF MICHELLE DEVEAU

The undersigned declarant, Michelle DeVeau, being duly sworn, hereby deposes and declares under the pains and penalties of perjury, pursuant to 28 USC §1746, that:

1. I work for the Department of Correction ("DOC"), in the Central Records Office at the Sentence Calculation and Interstate Management Unit in Suffield, Connecticut, as a Records Specialist II. I have been with the Central Records Office for approximately 24 years.

2. I have reviewed the DOC inmate records, including computer records for Plaintiff Jorge Sanchez, # 156159.

3. Plaintiff was re-admitted into DOC custody on June 8, 1994 and sentenced June 14, 1996. See Exhibit 1, RT60, Movements History.

4. On April 27, 2020, Plaintiff was housed at Cheshire Correctional Institution, where he remains incarcerated as of this declaration. Id.

1

## DECLARATION

Pursuant to Conn. Gen. Stat. §§1-24a, 53a-157b, and 28 U.S.C. §1746, I declare under the pains and penalties of perjury that the foregoing statements are true and accurate to the best of my knowledge and belief.

Dated this 16 day of February 2022.

_____
Michelle DeVeau

# EXHIBIT 1

```
MOVEMENTS      NUMBER:    156159     NAME:  SANCHEZ,JORGE              PAGE   1
FILE:   CHESHIRE CI                  MED FILE:   CHESHIRE CI
                                          DATE    SEQ     LOCATION        JUR STA
TRANSFER FROM A HOSPITAL                2/05/2022 1   125 CHESHIRE CI      125 G
TRANSFER TO A MEDICAL HOSPITAL          1/27/2022 1   148 MWCI MED ISOL    125 G
TRANSFER FROM A HOSPITAL               11/16/2021 1   125 CHESHIRE CI      125 G
TRANSFER TO A MEDICAL HOSPITAL         11/04/2021 1   148 MWCI MED ISOL    125 G
TRANSFER AMONG DOC LOCATIONS            7/12/2016 1   125 CHESHIRE CI      125 G
TRANSFER AMONG DOC LOCATIONS            7/08/2016 1   137 MCDGL/WLKR CI    137 G
TRANSFER AMONG DOC LOCATIONS            4/07/2008 1   125 CHESHIRE CI      125 G
TRANSFER AMONG DOC LOCATIONS            2/11/2008 1   141 NORTHERN CI      141 G
TRANSFER AMONG DOC LOCATIONS            6/20/2002 1   137 MCDGL/WLKR CI    137 G
TRANSFER AMONG DOC LOCATIONS            9/12/2001 1   136 GARNER CI        136 G
TRANSFER AMONG DOC LOCATIONS            9/05/2001 1   140 CORR/RAD CC      140 G
TRANSFER AMONG DOC LOCATIONS            6/30/2000 1   141 NORTHERN CI      141 G
TRANSFER AMONG DOC LOCATIONS            7/30/1998 1   136 GARNER CI        136 G
TRANSFER AMONG DOC LOCATIONS            1/06/1998 1   140 CORR/RAD CC      140 G
TRANSFER AMONG DOC LOCATIONS            1/22/1997 1   137 MCDGL/WLKR CI    137 G
TRANSFER AMONG DOC LOCATIONS            1/03/1997 1   123 BRIDGEPORT CC    123 G
TRANSFER AMONG DOC LOCATIONS           11/13/1996 1   137 MCDGL/WLKR CI    137 G

AG45  2/18/2022    CT DEPT OF CORRECTION - MOVEMENTS - RT60

TRANSACTION: P/N    NUMBER:   00156159                        ENTER FOR NEXT PAGE
```