# ATTACHMENT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JORGE SANCHEZ | : | CIVIL CASE NO. 3:20-CV-01229(OAW) |
| V. | : | |
| KENNETH BUTRICKS, ET AL. | : | FEBRUARY 22, 2022 |

### Declaration of Eric Carbone

I, Eric Carbone, do declare under penalty of perjury that the following information is true and correct and is based upon my personal knowledge:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I have been employed by the Department of Correction since 2007.

3. I currently hold position of Counselor Supervisor and assigned to MacDougall-Walker Correctional Institution.

4. I am a named defendant in the litigation filed by Sanchez.

5. I understand that Jorge Sanchez has alleged I ignored his request for reasonable accommodations to be transferred to another handicap available cell after learning that Sanchez fell on water from a leaky toilet and returned to the same cell without the issue being repaired.

6. In 2020, I held position of ADA Coordinator and Counselor Supervisor of North Block 1 at Cheshire Correctional Institution.

7. I am familiar with Sanchez.

8. I observed Sanchez walk with a cane and was informed, by him, that he suffered an injury prior to incarceration that caused him to have difficulty ambulating.

9. I did not know Sanchez to have a qualified disability as required under the ADA, nor was I informed that Sanchez required reasonable accommodations. This information would have been provided to me as the ADA Coordinator in the facility.

10. As ADA Coordinator, I am aware that Cheshire does not have handicap cells as compared to MacDougall-Walker Correctional Institution. However, Cheshire did have several cells in which an inmate would be housed to accommodate the use of a walker or a cane. These cells were larger in dimension and had a higher toilet seat. These cells are also located on the first floor of the housing unit.

11. I was reassigned to a different housing unit sometime in March 2020.

12. Further, a new ADA Coordinator was appointed in March/April 2020.

13. I am able to confirm this information by looking through my e-mail communications. See Exhibit 1.

14. After a new ADA Coordinator was appointed, I do recall Sanchez stopping me in a hallway and informing about a leak in his cell and the need for reasonable

accommodations. I specifically informed Sanchez that I was no longer the ADA Coordinator and instructed him to contact the new person to address his needs.

15. I do not recall Sanchez being anxious about the leak, nor do I have any recollection that the leak was major. Had I been led to believe the leak was major, I would have contacted the Unit Manager and requested that a work order be submitted and spoken with the ADA Coordinator to determine whether alternative reasonable accommodations could be provided to Sanchez until the leak was repaired.

16. In his complaint, Sanchez provided a copy of a Request for Reasonable Accommodations on May 16, 2020. As I was not the ADA Coordinator at that time, I did not know of this filing, nor did I have reason nor opportunity to receive it.

17. I did not blatantly ignore Sanchez's request nor displayed gross discrimination toward him despite his reported injuries. I was not willfully ignoring his request nor placed him in risk of future harm in his cell as I was not the ADA Coordinator nor the Unit Manager in the housing unit where Sanchez was housed.

## DECLARATION UNDER PENALTY OF PERJURY
## PURSUANT TO 28 U.S.C. § 1746

I, Eric Carbone, declare under penalty of perjury that the foregoing is true and correct.

Executed on February 18th, 2022.

_____

Eric Carbone

# EXHIBIT 1

**Varunes, DeAnn**

**From:** Carbone, Eric
**Sent:** Wednesday, February 9, 2022 9:00 AM
**To:** Varunes, DeAnn
**Subject:** FW: Temporary chair until handrails arrive

Here is another e-mail in March notifying staff of the ADA coordinator change.

**From:** Watson, <Watson@ct.gov>
**Sent:** Thursday, March 19, 2020 9:25 AM
**To:** Gallagher, <Gallagher@ct.gov>; Jones, <Jones@ct.gov>; Carbone, <Carbone@ct.gov>; Doran, <Doran@ct.gov>
**Cc:** Broadley, <Broadley@ct.gov>; Guadarrama, <Guadarrama@ct.gov>
**Subject:** RE: Temporary chair until handrails arrive.

This may work.

FYI - - C/S Doran is now the ADA coordinator.

Jim



**From:** Gallagher, <Gallagher@ct.gov>
**Sent:** Thursday, March 19, 2020 9:22 AM
**To:** Watson, <Watson@ct.gov>; Jones, <Jones@ct.gov>; Carbone, <Carbone@ct.gov>
**Cc:** Broadley, <Broadley@ct.gov>; Guadarrama, <Guadarrama@ct.gov>
**Subject:** RE: Temporary chair until handrails arrive.

Here is what I have found that may or may not work with an elongated / open front and recommended for bariatric patients ( larger).

1

https://www.careprodx.com/accessible-bathroom-solutions/commodes/mixed-use-commode-bench-raised-padded-toilet-seat/



Gallagher, MA, CADAC, CCHP,
Correctional Health Services Program Director
Health and Addiction Services
Connecticut Department of Correction
24 Wolcott Hill Rd., Wethersfield, CT 06109

(860) 692-7648 p
(860) 692-7646 f
(860) 713-1950 c

gallagher@ct.gov

*Logic will get you from A to B but imagination will get you everywhere. Albert Einstein*

Confidentiality Notice: The contents of this e-mail are confidential, and intended only for the use of the individual(s) and/or entities named above. If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, or distribution of the contents of this e-mail message is strictly prohibited by law.

---

**From:** Watson, ▮Watson@ct.gov>
**Sent:** Wednesday, March 11, 2020 5:18 PM
**To:** Gallagher, ▮Gallagher@ct.gov>; Jones, ▮Jones@ct.gov>; Carbone, ▮Carbone@ct.gov>
**Cc:** Broadley, ▮Broadley@ct.gov>; Guadarrama, ▮Guadarrama@ct.gov>
**Subject:** Re: Temporary chair until handrails arrive.

I believe the elongated to be better because he'll have a 'drip slope' to catch the urine instead of a bar that will splash it all over the place due to his girth.

---

**From:** Gallagher, ▮
**Sent:** Wednesday, March 11, 2020 4:06 PM

2

**To:** Jones, ████ M; Carbone, ████ Watson, ████
**Cc:** Broadley, ████ Guadarrama, ████
**Subject:** Temporary chair until handrails arrive. ████

Please see attached and advise if this is what you mean by "elongated"
Or if the second one which has a cut out is preferred an acceptable.

Colleen

████ *Gallagher, MA, CADAC, CCHP,*
*Correctional Health Services Program Director*
*Health and Addiction Services*
*Connecticut Department of Correction*
*24 Wolcott Hill Rd., Wethersfield, CT 06109*

*(860) 692-7648 p*
*(860) 692-7646 f*
*(860) 713-1950 c*

*Colleen.gallagher@ct.gov*

*Logic will get you from A to B but imagination will get you everywhere. Albert Einstein*

*Confidentiality Notice: The contents of this e-mail are confidential, and intended only for the use of the individual(s) and/or entities named above. If the reader of this e-mail is not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, or distribution of the contents of this e-mail message is strictly prohibited by law.*

# Varunes, DeAnn

**From:** Carbone, Eric
**Sent:** Wednesday, February 9, 2022 8:42 AM
**To:** Varunes, DeAnn
**Subject:** FW: lipusz # 251361

Hello,

This ADA issue was about another inmate but as I mentioned in it I was no longer the ADA coordinator at this time.

---

**From:** Doran, ███████ Doran@ct.gov>
**Sent:** Friday, April 17, 2020 9:51 AM
**To:** Carbone, Eric <Eric.Carbone@ct.gov>; Shea, ███████ Shea@ct.gov>; Caplan ███████ .Caplan@ct.gov>
**Cc:** Roberts, ███████ Roberts@ct.gov>
**Subject:** RE: ███ # 251361

Hi All,

I didn't receive anything from either. Unaware of any previous issues.

Damian

---

**From:** Carbone, ███████ Carbone@ct.gov>
**Sent:** Friday, April 17, 2020 7:23 AM
**To:** Shea, ███████ Shea@ct.gov>; Caplan, ███████ Caplan@ct.gov>
**Cc:** Roberts, ███████ Roberts@ct.gov>; Doran, ███████ .Doran@ct.gov>
**Subject:** RE: lipusz # 251361

No I have not heard anything regarding this inmate. ADA duties have switched from CS Doran to CS Roberts recently. Have you two received anything regarding this? Thank you

---

**From:** Shea, ███████ Shea@ct.gov>
**Sent:** Thursday, April 16, 2020 10:25 PM
**To:** Caplan, ███████ Caplan@ct.gov>; Carbone, ███████ .Carbone@ct.gov>
**Subject:** FW: lipusz # 251361

███

Please review and let me know if he has documented ADA issues/mobility issues.

Eric,
Any insight?

Thanks.

███ SHEA
REGIONAL CHIEF OPERATING OFFICER

MACDOUGALL-WALKER CI, HARTFORD CC, CHESHIRE CI, MANSON YI
CT DEPARTMENT OF CORRECTION
24 WOLCOTT HILL ROAD
WETHERSFIELD, CT 06109
c.860.994.7846
f.203.806.2683
KIRSTEN.SHEA@CT.GOV

**From:** Patrick Dunn <patrick@bansleylaw.com>
**Sent:** Tuesday, April 14, 2020 11:20 AM
**To:** Shea,█████████Shea@ct.gov>
**Cc:** Patrick Dunn <patrick@bansleylaw.com>
**Subject:** ███ # 251361

Good Morning:
   I am an attorney with Inmates' Legal Assistance Program. (ILAP). Mr. ███ is one of the inmates we assist. He contacted me from Cheshire Correctional. He has been seen by medical for significant injuries for some-time. He is currently housed where he has to use stairs to get to and from his cell. He has been having significant back pain and is a fall risk. He told me he has complied with the grievance process and discussed this with medical. I told him I would contact you to see if you might be able to assist with this matter.

Sincerely: Patrick T. Dunn Esq.