UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JORGE SANCHEZ | : | CIVIL CASE NO. 3:20-CV-01229 |
| V. | : | |
| KENNETH BUTRICKS, ET AL. | : | APRIL 28, 2022 |

## ReSPONSE TO ORDER TO SHOW CAUSE

The undersigned, pursuant to the Court's order to show cause dated April 22, 2022 (ECF#35) submits the following:

1. I have been a member of the Connecticut Bar since 1986 and have been a member of the United States District Court for Connecticut since January 1987.

2. I tried my first case in the District Court before the Honorable Alan H. Nevas on January 30, 1989.

3. I have appeared before Judges and Magistrate Judges in this District approximately 100 – 200 times on pretrial matters, including as appointed Pro Bono counsel on at least five (5) occasions, three (3) of which have been over the course of the last four (4) to five (5) years.

4. I have been a partner at both large (Schatz & Schatz, Ribicoff & Kotkin) and small law firms (Levin, Ford & Paulekas, Axelrod & Wright n/k/a Levin & Ford).

5. Since 2005, I have practiced law with no more than two (2) Associate Attorneys at any one time as well as ancillary staff.

6. Throughout the time mentioned above, I have never once missed any Court ordered deadline, neglected nor failed to abide by the District Court's Local Rules of Civil Procedure in effect during the time period.

7. Not by way of excuse, but by explanation, my full time Associate left my firm on December 15, 2021, leaving me with a part-time law student intern. In my efforts to hire a replacement, I first hired a legal assistant with purported paralegal experience at another small litigation firm. As of this writing, the efforts to hire a full time Associate have progressed, but not resulted in a permanent hire.

8. The Court is correct that opposing counsel and I were politely reminded of the Local Rule 7(b)3 's requirement that any Motions for extensions of time must be filed three (3) business days prior to the time limit sought to be extended.

9. With regard to my April 15, 2022, Motion for Extension of Time, it clearly did not meet the Local Rule's requirements. The only explanation I can offer is that I had taken a number of depositions in March to meet discovery deadlines in one federal case and one state case and was working to meet the early April scheduling deadlines in those two matters .

10. Concerning discovery, I had received interrogatory and Production responses from the Department of Corrections before December 2021, however, due to COVID-19 and necessary follow up, since December 15, 2021 we were still waiting for receipt of documents which were requested on behalf of Mr. Sanchez.

11. I apologize to the Court that my Motion gave the inaccurate impression that I had not conducted document discovery before December 2021 because that is not the case. I have all of the documents I referenced in my prior Motion For Extension of Time and

Assistant Attorney General Varunes has indicated she consents to the late filed Motion for Extension of Time.

12. I represent to the Court that I take no order of this Court lightly or for granted as it can only adversely affect my representation of my client and my reputation, which I have assiduously sought to establish and maintain in the well over three decades I have practiced law.

THE PLAINTIFF,
Jorge Sanchez

BY _____
Michael E. Satti (CT 01311)
Michael E. Satti, Attorney at Law, LLC
125 Eugene O'Neill Drive, Suite 105
New London, CT 06320
Telephone: (860) 599-5988
Facsimile: (860) 442-4420
msatti@satti-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing was served electronically this 28th day of April 2022 to the following counsel of record:

**DeAnn S. Varunes**
Assistant Attorney General
Office of the Attorney General
McKenzie Hall
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax No. (860) 808-5591
Email: deann.varunes@ct.gov

                                             Michael E. Satti (CT 01311)