OCT 3 2022 AM 11:56
FILED - USDC - BPT - CT

U.S. District Court
District of Connecticut
Civil Docket for Case #3:20-cv-01229-OAW

Jorge Sanchez
plaintiff

Notice of Appeal

v.

Kenneth Butricks
Defendant

Capt. Rodriguez
Defendant

A.D.A. Carbone
Defendant

Notice is hereby given that Jorge Sanchez, plaintiff in the above-named case, hereby appeal to the United States Court of Appeals for the 2D circuit from the final Judgement from an order Granting Summary Judgement entered in this action on the 23rd day of 9, 2022

Jorge Sanchez

Jorge Sanchez #156159
Cheshire C.I.
900 Highland Ave.
Cheshire, CT, 06410

Court clerk                                         9/29/2022

I'm filing a motion to Appeal Judge Omar A. Williams ruling on my case, if I did it wrong or if I need a specific form to do this, Can you Send it to me or leT me how much it Coast So that I Could Send you the money.
                            Thank you

                    Jorge Sanchez #156159
                    cheshire c.I
                    900 Highland Ave.
                    cheshire, CT, 06410