# U.S. District Court
## District of Connecticut (New Haven)
## CIVIL DOCKET FOR CASE #: 3:20−cv−01229−OAW

Sanchez v. Butricks et al
Assigned to: Judge Omar A. Williams
Demand: $1,000,000
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/21/2020
Date Terminated: 09/26/2022
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner Petitions –
Prison Conditions
Jurisdiction: Federal Question

**Plaintiff**

**Jorge Sanchez**

represented by **Michael E. Satti**
Michael E. Satti
125 Eugene O'Neill Drive
Ste 105
New London, CT 06320
860−599−5988
Email: msatti@satti−law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kenneth Butricks**

represented by **DeAnn S. Varunes**
Attorney General's Office – Sherman St
(Htfd)
110 Sherman St.
Hartford, CT 06105
860−808−5450
Fax: 860−808−5591
Email: deann.varunes@ct.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William Mulligan**
*TERMINATED: 04/02/2021*

**Defendant**

**Carbone**
*Counselor Supervisor/Americans with
Disabilities Act Coordinator*

represented by **DeAnn S. Varunes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rodriguez**
*Captain*

represented by **DeAnn S. Varunes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/21/2020 | 1 | PRISCS – COMPLAINT against Kenneth Butricks, Carbone, Willaim Mulligan, Rodriguez, filed by Jorge Sanchez. (Attachments: # 1 copy of envelope) (Oliver, T.) (Entered: 08/21/2020) |

| 08/21/2020 | 2 | PRISCS – MOTION for Leave to Proceed in forma pauperis by Jorge Sanchez. (Oliver, T.) (Entered: 08/21/2020) |
|---|---|---|
| 08/21/2020 | 3 | PRISCS – Prisoner Trust Fund Account Statement by Jorge Sanchez. (Oliver, T.) (Entered: 08/21/2020) |
| 08/21/2020 | 4 | STANDING PROTECTIVE ORDER<br>Signed by Judge Victor A. Bolden on 8/21/2020. (Oliver, T.) (Entered: 08/21/2020) |
| 08/21/2020 | 5 | Prisoner E–Filing Standing Order on Prisoner Electronic Filing Program<br>Signed by Judge Janet C. Hall on 8/21/2020. (Oliver, T.) (Entered: 08/21/2020) |
| 08/21/2020 | 6 | ELECTRONIC FILING ORDER FOR COUNSEL – PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER<br>Signed by Judge Victor A. Bolden on 8/21/2020. (Oliver, T.) (Entered: 08/21/2020) |
| 08/27/2020 | 7 | Notice to petitioner re: Insufficiency 2 Ledger Sheet. You must submit a Ledger Sheetshowing the past six months transactions. If insufficiency not corrected Dismissal due by 9/17/2020<br>Signed by US Magistrate Judge William I Garfinkel on 8/27/20.(Payton, R.) (Entered: 08/27/2020) |
| 09/09/2020 | 8 | Prisoner Trust Fund Account Statement by Jorge Sanchez. (Attachments: # 1 Letter, # 2 envelope)(Payton, R.) (Entered: 09/10/2020) |
| 09/21/2020 | 9 | ORDER granting 2 Motion for Leave to Proceed in forma pauperis. If you change your address at any time during the litigation of this case, Local Rule 83.1(c)2 provides that you notify the court. Failure to do so can result in the dismissal of your case. Signed by Magistrate Judge William I Garfinkel on 9/21/20. (Payton, R.) (Entered: 09/21/2020) |
| 04/02/2021 | 10 | INITIAL REVIEW ORDER. For the reasons detailed in the attached order, the case shall proceed on Mr. Sanchez's Eighth Amendment claims against Captain Rodriguez, ADA Coordinator Carbone and Warden Butricks in their individual capacities for damages; and on his ADA claims against Captain Rodriguez, ADA Coordinator Carbone, and Warden Butricks in their official capacities for damages. The ADA claims against the defendants in their individual capacities are **DISMISSED with prejudice**. All other claims are **DISMISSED without prejudice**. If Mr. Sanchez believes he can allege facts to cure the deficiencies identified in this ruling, he may file a motion to amend and attach an amended complaint by **May 7, 2021**.<br><br>The Clerk of Court shall verify the current work addresses for Captain Rodriguez, ADA Coordinator Carbone and Warden Butricks with the DOC Office of Legal Affairs, mail a waiver of service of process request packet containing the complaint to them at their confirmed addresses by **April 30, 2021**, and report on the status of the waiver request by **May 14, 2021**.<br><br>Signed by Judge Victor A. Bolden on 4/2/2021. (Shaffer, Chelsea) (Entered: 04/02/2021) |
| 04/07/2021 | 11 | Standing order re: Initial Discovery Disclosures.<br>Signed by Judge Stefan R. Underhill on 4/7/2021.(Imbriani, Susan) (Entered: 04/07/2021) |
| 04/09/2021 | | REQUEST FOR WAIVER of Service sent to all defendants on 4/9/2021 by Jorge Sanchez. Waiver of Service due by 5/14/2021 (Imbriani, Susan) (Entered: 04/09/2021) |
| 04/09/2021 | 12 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Kenneth Butricks, Carbone, Rodriguez* with answer to complaint due within *21* days. *Jorge Sanchez, #156159* *CHESHIRE CORRECTIONAL INSTITUTION* *900 Highland Avenue* *Cheshire, CT 06410*. (Imbriani, Susan) (Entered: 04/09/2021) |
| 04/09/2021 | | USM 285 forms together with Summons, Complaint, Order granting IFP reviewed and sent to USM for service on defendants Butricks, Carbone and Rodriguez.Marshals Return of Service on Summons due by 4/29/2021 (Imbriani, Susan) (Entered: 04/09/2021) |

| 04/13/2021 | | Filing fee received from Jorge Sanchez: $ 350.00, receipt number CTXB00012031 (Paid in Full) (Payton, R.) (Entered: 04/14/2021) |
|---|---|---|
| 04/21/2021 | 13 | WAIVER OF SERVICE Returned Executed as to Rodriguez waiver sent on 4/8/2021, answer due 6/7/2021, filed by Jorge Sanchez. (Imbriani, Susan) (Entered: 04/21/2021) |
| 04/22/2021 | 14 | WAIVER OF SERVICE Returned Executed as to Kenneth Butricks waiver sent on 4/8/2021, answer due 6/7/2021, filed by Jorge Sanchez. (Imbriani, Susan) (Entered: 04/22/2021) |
| 04/26/2021 | 15 | WAIVER OF SERVICE Returned Executed as to Carbone waiver sent on 4/8/2021, answer due 6/7/2021, filed by Jorge Sanchez. (Imbriani, Susan) (Entered: 04/26/2021) |
| 05/05/2021 | 16 | MOTION to Appoint Counsel by Jorge Sanchez. (Attachments: # 1 envelope)(Imbriani, Susan) (Entered: 05/05/2021) |
| 05/10/2021 | 17 | NOTICE of Appearance by DeAnn S. Varunes on behalf of Kenneth Butricks, Carbone, Rodriguez (Varunes, DeAnn) (Entered: 05/10/2021) |
| 05/13/2021 | 18 | Letter from Jorge Sanchez Dated 05/10/2021 Re: issues with prison staff (Attachments: # 1 envelope) (Imbriani, Susan) (Entered: 05/13/2021) |
| 06/03/2021 | 19 | SUMMONS Returned Executed by Jorge Sanchez. Kenneth Butricks served on 5/27/2021, answer due 6/16/2021; Carbone served on 5/27/2021, answer due 6/16/2021; Rodriguez served on 5/27/2021, answer due 6/16/2021. (Imbriani, Susan) (Entered: 06/03/2021) |
| 06/16/2021 | 20 | ANSWER to 1 Complaint with Affirmative Defenses by Kenneth Butricks, Carbone, Rodriguez.(Varunes, DeAnn) (Entered: 06/16/2021) |
| 06/17/2021 | 21 | NOTICE of harassment by Jorge Sanchez (Imbriani, Susan) (Entered: 06/21/2021) |
| 06/28/2021 | 22 | Plaintiff's Reply re 20 Answer to Complaint filed by Jorge Sanchez. (Imbriani, Susan) (Entered: 06/28/2021) |
| 07/08/2021 | 23 | MOTION for Judgment by Jorge Sanchez.Responses due by 7/29/2021 (Attachments: # 1 envelope)(Imbriani, Susan) (Entered: 07/09/2021) |
| 07/10/2021 | 24 | ORDER granting 16 Motion to Appoint Counsel; denying 23 Motion for Judgment. The Clerk of Court is respectfully directed to appoint pro bono counsel. The motion for judgment is denied without prejudice to renewal following the appointment of counsel, and counsel's review and determination of the merits of refiling such a motion. Signed by Judge Victor A. Bolden on 7/10/2021. (Shaffer, Chelsea) (Entered: 07/10/2021) |
| 07/12/2021 | 25 | Order Appointing Pro Bono Counsel Michael E. Satti for Jorge Sanchez pursuant to D. Conn L. Civ. R 83.10. Counsel is directed to contact their client and file an appearance in accordance with Local Rule 5(b) within 14 days.Counsel is further directed to review the Notice Regarding Local Rule 83.10(k): Incurring Pro Bono Expenses and Local Rule 83.10(k) (copies available on the courts website at: http://ctd.uscourts.gov/pro–bono–information–0). Signed by Judge Victor A. Bolden on 7/12/2021.(Freberg, B) (Entered: 07/12/2021) |
| 07/12/2021 | 26 | NOTICE to Pro Bono Counsel re Incurring Expenses. Signed by Clerk on 7/12/2021.(Freberg, B) (Entered: 07/12/2021) |
| 08/02/2021 | 27 | NOTICE of Appearance by Michael E. Satti on behalf of Jorge Sanchez (Satti, Michael) (Entered: 08/02/2021) |
| 12/09/2021 | 28 | ORDER OF TRANSFER. Case reassigned to Judge Omar A. Williams for all further proceedings. Signed by Clerk on 12/29/2021.(Anastasio, F.) (Entered: 12/09/2021) |
| 01/26/2022 | 29 | First MOTION for Extension of Time until February 22, 2022 to file Dispositive Motion by Kenneth Butricks, Carbone, Rodriguez. (Varunes, DeAnn) (Entered: 01/26/2022) |
| 01/27/2022 | 30 | ORDER granting 29 Motion for Extension of Time. Dispositive motions shall be filed on or before **February 22, 2022**. The court cautions the parties to be mindful of the requirements of Local Rule 7(b), which states that all motions for extension of time |

| | | |
|---|---|---|
| | | shall be filed at least three business days before the relevant deadline. Signed by Judge Omar A. Williams on 1/27/22. (Wagner, Rebecca) (Entered: 01/27/2022) |
| 01/27/2022 | | Set Deadlines/Hearings: Dispositive Motions due by 2/22/2022 (Wagner, Rebecca) (Entered: 01/27/2022) |
| 02/22/2022 | 31 | MOTION for Summary Judgment by Kenneth Butricks, Carbone, Rodriguez.Responses due by 3/15/2022 (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E)(Varunes, DeAnn) (Entered: 02/22/2022) |
| 03/10/2022 | 32 | First MOTION for Extension of Time until 4/14/2022 With consent to file plaintiff's response to defendants motion for summary judgement (doc no.31). by Jorge Sanchez. (Satti, Michael) (Entered: 03/10/2022) |
| 03/14/2022 | 33 | ORDER granting ECF No. 32 , Motion for Extension of Time. Plaintiff shall file a response to Defendants Motion for Summary Judgment on or before **April 14, 2022**. It is so ordered. Signed by Judge Omar A. Williams on 3/14/22. (Wagner, Rebecca) (Entered: 03/14/2022) |
| 03/14/2022 | | Set/Reset Deadlines as to 31 MOTION for Summary Judgment . Responses due by 4/14/2022 (Wagner, Rebecca) (Entered: 03/14/2022) |
| 04/15/2022 | 34 | Second MOTION for Extension of Time until May 30, 2022 to file plaintiff's response to defendants motion for summary judgement (doc no.31) by Jorge Sanchez. (Satti, Michael) (Entered: 04/15/2022) |
| 04/22/2022 | 35 | ORDER TO SHOW CAUSE. The court has reviewed ECF No. 34 , Plaintiff's motion for an extension of time to respond to Defendants' motion for summary judgment. In the motion, Plaintiff asks for an additional six weeks to respond to the motion for summary judgment, citing certain documents that Plaintiff requested of Defendants on March 1, 2022, but has not yet received.<br><br>The court notes that Plaintiff's motion was filed on the date that the response was due, despite the court's previous admonition to the parties to be mindful of Local Rule 7(b), which requires all motions for extension of time to be filed at least three business days before the relevant deadline. *See* ECF No. 30. The court further notes that the discovery deadline in this action was December 17, 2021. *See* ECF No. 10 at 15. It is therefore not clear why Plaintiff submitted requests for production on March 1, 2022. Accordingly, Plaintiff hereby is instructed to show cause on or before **April 29, 2022**, (1) why he was unable to timely complete discovery, (2) why he is attempting to continue discovery past the discovery deadline without leave of court, and (3) why he was unable to timely submit his motion for extension of time. It is so ordered. Signed by Judge Omar A. Williams on 4/22/22. (Wagner, Rebecca) (Entered: 04/22/2022) |
| 04/28/2022 | 36 | RESPONSE TO by Jorge Sanchez filed by Jorge Sanchez. (Satti, Michael) (Entered: 04/28/2022) |
| 04/29/2022 | 37 | ORDER granting ECF No. 34 , Motion for Extension of Time. The court thanks Attorney Satti for the response filed at ECF No. 36 . In light of that response, the court will grant Plaintiff an additional extension of time to respond to Defendants' pending motion for summary judgment, *see* ECF No. 31 . Plaintiff shall respond to the motion for summary judgment on or before **May 30, 2022**. In future, the court instructs the parties to seek leave of court before conducting any additional discovery. It is so ordered. Signed by Judge Omar A. Williams on 4/29/22. (Wagner, Rebecca) (Entered: 04/29/2022) |
| 04/29/2022 | | Set/Reset Deadlines as to 31 MOTION for Summary Judgment . Responses due by 5/30/2022 (Wagner, Rebecca) (Entered: 04/29/2022) |
| 05/18/2022 | 38 | Memorandum in Opposition re 31 MOTION for Summary Judgment filed by Jorge Sanchez. (Satti, Michael) (Entered: 05/18/2022) |
| 05/18/2022 | 39 | OBJECTION *Plaintiff's Obj. to Defendants Motion for Summary Judgment* filed by Jorge Sanchez. (Satti, Michael) (Entered: 05/18/2022) |

| 08/29/2022 | 40 | ORDER. The court notes that Plaintiff's opposition to the motion for summary judgment appears to be missing one or more pages, as it stops in mid–sentence without any conclusion. ECF No. 17 . The courts asks Plaintiff's counsel to please supply any missing pages (and only any missing pages) on or before **August 31, 2022**. In the alternative, Plaintiff's counsel may file a notice that no pages are missing. Defendants may thereafter reply only to any arguments raised in any missing pages on or before **September 6, 2022**.<br>Signed by Judge Omar A. Williams on 8/29/22. (Wagner, Rebecca) (Entered: 08/29/2022) |
|---|---|---|
| 08/29/2022 | 41 | First OBJECTION *to Defendant's Motion for Summary Judgment* by Jorge Sanchez. (Satti, Michael) (Entered: 08/29/2022) |
| 09/23/2022 | 42 | ORDER granting 31 Motion for Summary Judgment. See attached for details. Signed by Judge Omar A. Williams on 9/23/22. (Wagner, Rebecca) (Entered: 09/23/2022) |
| 09/26/2022 | 43 | JUDGMENT entered in favor of Carbone, Rodriguez, Kenneth Butricks against Jorge Sanchez.<br><br>For Appeal Forms please go to the following website:<br>http://www.ctd.uscourts.gov/forms/all–forms/appeals_forms<br>Signed by Clerk on 9/26/2022.(Perez, J.) (Entered: 09/26/2022) |
| 09/26/2022 | | JUDICIAL PROCEEDINGS SURVEY – FOR COUNSEL ONLY: The following link to the confidential survey requires you to log into CM/ECF for SECURITY purposes. Once in CM/ECF you will be prompted for the case number. Although you are receiving this survey through CM/ECF, it is hosted on an independent website called SurveyMonkey. Once in SurveyMonkey, the survey is located in a secure account. The survey is not docketed and it is not sent directly to the judge. To ensure anonymity, completed surveys are held up to 90 days before they are sent to the judge for review. We hope you will take this opportunity to participate, please click on this link:<br><br>https://ecf.ctd.uscourts.gov/cgi–bin/Dispatch.pl?survey<br>(Perez, J.) (Entered: 09/26/2022) |
| 10/03/2022 | 44 | NOTICE OF APPEAL as to 43 Judgment, by Jorge Sanchez. (Attachments: # 1 Envelope). (Barry, L) (Entered: 10/03/2022) |