To The United States Court of Appeals
For The 2nd. Circuit
Civil Docket for Case #3:20-cv-01229-OAW

Jorge Sanchez
plaintiff

V.

Butricks et al

Motion for Appointment of Counsel

Pursuant to 28 U.S.C. § 1915(e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In Support of this motion, plaintiff states:

1. plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.
2. plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of the law. The only law book plaintiff has to draw from is, The Jailhouse lawyer's handbook →

3. that the (National Lawyers Guild) sent me for free. Plaintiff's disability (paraplegic) allows limited movement, plaintiff's seventh grade education limits his legal knowledge, plaintiff's evidence to try and get a lawyer are all in the original motion to Appoint Counsel. But I did include 2 letters with this motion to prove I've been trying.



**HORTON DOWD BARTSCHI & LEVESQUE, PC**

90 GILLETT STREET
HARTFORD, CT 06105





FIRST-CLASS
US POSTAGE
$ 000.51
02 7H
0001353341   JUN 07 2021
MAILED FROM ZIP CODE 06105



✉ CONFIDENTIAL

Mr. Jorge Sanchez
Inmate #156159
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410



PROCESSED
JUN 1 1 2021
CHESHIRE CT
MAILROOM

0641031698 C008





Appeals, Ethics & Civil Litigation Since 1976

90 Gillett Street, Hartford, CT 06105
Tel: (860) 522-8338    Fax: (860) 728-0401

www.hdblfirm.com

Scott T. Garosshen
*sgarosshen@hdblfirm.com*

June 7, 2021

Mr. Jorge Sanchez
Inmate #156159
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

    **RE:** *Potential Representation – Declined*

Dear Mr. Sanchez:

    We spoke on May 20, 2021, about potential representation in a lawsuit you brought in federal court. After discussing with you, our firm declined representation in this matter. Please keep this letter for your records.

    Thank you for thinking of us and all the best.

                                    Very truly yours,

                                    Scott T. Garosshen

THE JEROME N. FRANK LEGAL SERVICES ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520-9090

N!!

Jorge Sanchez
156159
Cheshire Corr Ins
900 Highland Avenue
Cheshire, CT 06410

HARTFORD CT 061   NEOPOST
FIRST-CLASS MAIL
07 OCT 2021 PM 8 L   $000.53⁰
10/07/2021 ZIP 06511
042L14817275

ATTORNEY-CLIENT MAIL
DO NOT OPEN UNLESS
IN THE PRESENCE OF
ADDRESSEE

PROCESSED
OCT 1 3 2021
CHESHIRE CT
MAILROOM

06410-169899

# The Jerome N. Frank Legal Services Organization

YALE LAW SCHOOL

October 7, 2021

Jorge Sanchez
156159
Cheshire Corr Ins
900 Highland Avenue
Cheshire, CT 06410

Dear Mr Sanchez

We received your letter requesting assistance. We apologize for our delayed response as we have not been in the office during the pandemic. Unfortunately, at this time, this office does not have the resources to provide information or representation to such requests.

If you wish to challenge your conviction, you should contact The Public Defender of Connecticut at 30 Trinity Street, 4th floor, Hartford, CT 06106.

If you wish to challenge the conditions of your confinement please contact the ACLU of Connecticut, 2074 Park St., Suite L, Hartford, Connecticut 06106.

We wish you the best of luck.

Sincerely,

*O. Awudu*

Osikhena Awudu, Program Manager