**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JORGE SANCHEZ,<br>*Plaintiff,*<br><br>v.<br><br>KENNETH BUTRICKS, ET AL.<br>*Defendants.* | No. 3:20-cv-1229 (OAW) |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Jorge Sanchez hereby appeals to the United States Court of Appeals for the Second Circuit the October 5, 2026 Order granting Defendants' Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment (ECF No. 74) and the final Judgment entered therefrom (ECF No. 75).

Dated: New York New York
October 19, 2026

Respectfully submitted,

**TROUTMAN PEPPER LOCKE LLP**

By: /s/ Daniel W. Cohen
DANIEL W. COHEN, ESQ.
Bar No. Ct 30467
875 Third Avenue
New York, New York 10022
(212) 704-6000
dan.cohen@troutman.com

*Attorneys for Plaintiff Jorge Sanchez*

**CERTIFICATION OF SERVICE**

I hereby certify that on October 19, 2026, a copy of the foregoing was filed electronically and served by email on all parties by operation of the Court's electronic filing system or by mail on anyone unable to accept electronic filing.

/s/ Daniel Cohen
Daniel W. Cohen